IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SAMUEL MORRIS OVERSTREET,

    Petitioner,

v.                                           CIVIL ACTION NO. 5:07CV59
                                                       (JUDGE STAMP)

WARDEN JOYCE FRANCIS AND
TOM FIGIEL, CAMP ADMINISTRATOR,

    Respondents.

## ORDER FILING *EX PARTE* COMMUNICATION

The attached letter was received by me on November 1, 2007 from the petitioner, SAMUEL MORRIS OVERSTREET. I deem it an *ex parte* communication and ORDER it filed and a copy sent to all parties appearing pro se and counsel of record. All parties are notified that it is improper to communicate with me and that the appropriate procedure is to file pleadings with appropriate certificate of service.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: November 2, 2007

                                                       JAMES E. SEIBERT
                                                       UNITED STATES MAGISTRATE JUDGE